UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61466-CIV-MARRA/JOHNSON

SEPTIC SAVIOR, LLC,
a Florida limited liability
company,

      Plaintiff,

vs.

GLOBAL MARKETING OF
SOUTH FLORIDA, INC., a
Florida corporation,

      Defendant.

_____/

## ORDER

This cause is before the Court upon Plaintiff's Notice of Voluntary Dismissal [DE 22],

filed September 27, 2007. The Court has reviewed the court file and is otherwise fully advised in

the premises.

It is hereby **ORDERED AND ADJUDGED** that the Clerk is directed to **CLOSE** this

case and all pending motions are **DENIED AS MOOT**.

**DONE and ORDERED** at West Palm Beach, Palm Beach County, Florida this 28th day

of September 2007.

_____
KENNETH A. MARRA
United States District Judge

copies to:
All counsel of record